**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **KATANEKA E. PONDER and** | : | **CIVIL ACTION NO.** |
| **SHARON M. STINSON,** | : | **3:15-cv-1232-JAM** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN R. ANTONINO, CHARLES P.** | : | |
| **ANTONINO and GATEWAY ONE** | : | |
| **LENDING & FINANCE, LLC,** | : | |
| **Defendants** | : | **JULY 26, 2016** |

<u>STIPULATION OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Kataneka E. Ponder

and Sharon M. Stinson, through their attorney, and the defendants, John R. Antonino,

Charles Antonino and Gateway One Lending & Finance, LLC, through their attorneys,

hereby stipulate that the plaintiffs claims shall be dismissed with prejudice and without

costs or attorney's fees.

PLAINTIFFS, KATANEKA E. PONDER and
SHARON M. STINSON

By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn (ct02188)
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax (860) 571-7457

DEFENDANTS, JOHN R. ANTONINO,
CHARLES P. ANTONINO and GATEWAY
ONE LENDING & FINANCE, LLC

By: /s/ *Frank J. Liberty*
    Frank J. Liberty (ct14089)
    The Liberty Law Firm, LLC
    105 Huntington Street
    New London, CT 06320
    (860) 437-7722 (tel.)
    (860) 439-0040 (fax)
    liberty_law_firm@sbcglobal.net
    Attorneys for the Defendant


<u>CERTIFICATION</u>

    I hereby certify that on this 26th day of July, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Daniel S. Blinn*
    Daniel S. Blinn